# EXHIBIT 1

GEICO

- Government Employees Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
750 Woodbury Rd. Woodbury, NY 11797

February 19, 2007

Loss Reported to GEICO: 01/27/07

DEBRA REESE
XXXXXXXXXXX
XXXXXXXXXXX

| | |
|---|---|
| CLAIM: | 0070721390101042 |
| INSURED: | Cheleasa C Bergeron |
| LOSS DATE: | January 14, 2007 |
| POLICY NUMBER: | 0701333908 |

Dear Ms. Reese:

Our obligation as an insurer is to pay all losses for which our policyholder is legally liable. In our desire to be fair in our decision, we are guided by all the information available to us, including the reports of our insured, police report, and any witnesses acquainted with the facts.

Based on the information which we have about this accident, we do not believe that our insured is legally liable for your property damage. In this instance, our insured, Robert George was driving on the north side of the Denny's Parking Lot on Quaker Lane and Social Street when Amanda Moore pulled out, driving down the wrong side of the road, and hit our insured's vehicle. There are no independent witnesses, nor does the police report dispute our insured's version of the accident.

For this reason we are unable to make any payment to you.

Sincerely,

CDWalker

Charis D. Walker
1-800-716-1097 ext. 2730
Examiner Code: F851

CC: Chelsea Bergeron
Robert George
Amanda Moore