# EXHIBIT 2

# JOHN REILLY & ASSOCIATES

**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

February 27, 2007

Charis Walker
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

Re: Claim No: 0070721390101042
Insured: Cheleasa C. Bergeron
Loss Date: January 14, 2007
Our Client: Robert George

Dear Ms. Walker:

Robert George has been experiencing neck and back pain ever since this accident. This has also now involved numbness and pain in his left arm and left leg. Accordingly, MRI studies were performed on an expedited basis on Friday, February 23, 2007 at Open MRI of NE Warwick.

Copies of the results are enclosed and the focal disc herniation reaching the S1 nerve root will result in his seeing a specialist in the near future.

Further updates will follow.

Very truly yours,

John B. Reilly

JBR:tlh
Enclosure