# EXHIBIT 3

GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

750 Woodbury Road
Woodbury, NY 11797-2519

04/17/2007

John Reilly & Associates
Mr. John Reilly
300 Centerville Rd
Warwick, RI 02886

| | |
|---|---|
| Company Name: | GEICO General Insurance Company |
| Claim Number: | 007072139-0101-042 |
| Loss Date: | January 14, 2007 |
| Policyholder: | Cheleasa Bergeron |
| Driver: | Robert George |

Dear Mr. Reilly:

We acknowledge receipt of your letter of representation, concerning a claim presented on behalf of Robert George.

We have reason to believe that the tort-feasor(s) carried a policy of liability insurance with AIG National on the date of this accident. Therefore, it does not appear that your client has a valid claim for uninsured motorist benefits at this time. If you obtain proof that the tort-feasor(s) was uninsured, please provide us with documentation to substantiate an uninsured motorist claim.

Our insured carries a UIM limit of 50/100, on his auto policy. If and when you receive a policy limit settlement offer from the tort-feasor's(s') insurer that is less than our insured's UIM limit, please notify us immediately before accepting that offer, so we can give proper consideration to your claim for underinsured motorist benefits.

Once we are in receipt of the foregoing, and we have confirmed the validity of your client's SUM or UM claim, we may require that your client(s) submit to physical examinations and/or Examination(s) Under Oath, as required under policy 0701333908, issued to Cheleasa Bergeron.