# EXHIBIT 4

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

April 21, 2007

Sarah Atkinson, F735
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

| | | |
|---|---|---|
| **Re:** | **Claim No:** | **00707213901010 42** |
| | **Insured:** | **Cheleasa C. Bergeron** |
| | **Loss Date:** | **January 14, 2007** |
| | **Our Client:** | **Robert George** |

Dear Ms. Atkinson:

We acknowledge receipt of your April 17, 2007 correspondence.

You are correct that AIG has a $25,000 policy covering the tortfeasor. It also appears that GEICO's underinsured limit is $50,000 and that additionally, there are medical payments available under the GEICO policy.

Under separate cover, we are forwarding additional medical records. As you will readily see, this is a 20-year old young man with a disc herniation and radiating pain from both his neck and back caused by this accident. Mr. George's actual damages will most likely be in the several hundred thousands of dollars. This is clear at the present time and under Rhode Island law, an injured party need not first resort to a tortfeasor's policy under these circumstances.

Sarah Atkinson, F735
Claims Dept.
GEICO
April 21, 2007



Accordingly, demand is hereby made for the entire underinsured motorist policy limit of the GEICO policy without reduction by either the tortfeasor limit or GEICO's medical payments limits.

Very truly yours,

John B. Reilly

JBR/dg

cc: Client