# EXHIBIT 5

# JOHN REILLY & ASSOCIATES

**Attorneys and Counselors at Law**

*Admitted in Rhode Island & Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

April 26, 2007

Sarah Atkinson, F735
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

| | | |
|---|---|---|
| **Re:** | **Claim No:** | **0070721390101042** |
| | **Insured:** | **Cheleasa C. Bergeron** |
| | **Loss Date:** | **January 14, 2007** |
| | **Our Client:** | **Robert George** |

Dear Ms. Atkinson:

Enclosed please find a copy of the medical billing ($2,400) of Open MRI of New England, Inc., concerning Robert George.

As previously indicated, we are demanding your policy limits in connection with this matter. Please advise.

Very truly yours,

John B. Reilly

JBR/tlh
Enclosure