# EXHIBIT 7

GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
P.O. Box 88 ■ Woodbury, NY 11797-2589

October 12, 2007

JOHN B REILLY
JOHN REILLY & ASSOCIATES
300 CENTERVILLE RD
WARWICK RI 02886

**NOTICE OF LIEN**

| | |
|---|---|
| CLAIM NUMBER: | 007072139-0101-042 |
| OUR INSURED/YOUR CLIENT: | Robert George |
| LOSS DATE: | 01/14/2007 |
| LIEN AMOUNT: | $10,000.00 Pending |
| MED-PAY LIMIT: | $10,000.00 Per Person |

Dear Mr. Reilly:

We are placing you on notice of our subrogation claim for Medical Payment benefits paid by GEICO General Insurance Company to or on behalf of Robert George.

The amount of the Medical Payment loss paid to date is pending. Therefore, we have a substantial interest in the outcome of this case. This letter will serve as our notice of lien. Please be reminded that our insured / your client should not execute any general releases which does not reserve our right to subrogation.

Thank you for your prompt attention to this matter.

Sincerely,

Jamie Fritz, Claims Examiner
Payment Recovery Unit
1-800-645-7550 Ext.5881, Fax#: 1-516-213-6418
Examiner Code - SCSS