# EXHIBIT 8

# JOHN REILLY & ASSOCIATES

**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

100 North Main Street, 4th Floor
Providence, Rhode Island 02903
(401) 272-2800
Fax (401) 272-2811

John B. Reilly
jreilly@lawyers-online.us

October 22, 2007

Jamie Fritz, Claims Examiner
Payment Recovery Unit
GEICO
PO Box 88
Woodbury, NY 11797-2589

**Re:** **Claim No: 00707213901010421**
**Our Client: Robert George**
**Loss Date: January 14, 2007**
**Lien Amount: $10,000.00 Pending**
**Med-Pay Limit: $10,000.00 Per Person**

Dear Mr. Fritz:

Your correspondence of October 12, 2007 (copy attached) has been received. Kindly note that you have written to our old address and that future correspondence should be sent to our **NEW ADDRESS** (complete contact information appears above).

In response to your suggestion that GEICO is asserting a medical payments lien against any third-party settlement, you are further advised that Mr. George has apparently suffered some significant, permanent injuries as a result of this accident. The underlying tortfeasor has a $25,000.00 policy limit. GEICO has a $50,000.00 underinsured motorist bodily injury (UMBI) limit. We have demanded full payment from both the tortfeasor and of the UMBI coverage and (as you are no doubt aware) medical payments offsets that seek to reduce the coverage available under UMBI do not seem to be allowed in Rhode Island.

In any event, we view the assertion of the subrogation lien under these circumstances to be potentially an act of bad faith on the part of GEICO and hereby demand that you withdraw any such third party lien, in writing.

Very truly yours,

John B. Reilly

JBR/lk
Enclosure
Cc: Anita Flax, Esq.(w/enclosure)
Client (w/o enclosure)