UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

v. C.A. No. 07-466 S

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
Defendant.

**STIPULATION EXTENDING THE TIME FOR DEFENDANT, GEICO GENERAL LIABILITY INSURANCE COMPANY TO ANSWER TO THE COMPLAINT**

By agreement of the parties in the above matter, the period within which defendant, Geico General Liability Insurance Company may answer the plaintiff's complaint may be extended up to and including January 30, 2008.

Robert George,
by his Attorney,

_______/S/____________
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

Geico Ceneral Liability
Insurance Company,
By it's Attorney,

_______/S/____________
Patrick T. Conley, Jr., Esq. (#3808)
Staff Counsel GEICO
42 Weybosset Street, Suite 402
Providence, RI 02903-2825
Tel: (401) 621-4140
Fax: (401) 621-4142

Dated: January 2, 2008