UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

v. C.A. No. 07-466-S

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
Defendant.

**PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, pursuant to Local Rule 15 of the United States District Court for the District of Rhode Island, respectfully moves this court allow him to file a First Amended Complaint, in the manner and form attached hereto. A supporting memorandum accompanies this request and is incorporated herein, by reference.

ROBERT GEORGE,
by his attorney,

_________/s/_______________
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Phone 401-272-2800
Fax 401-272-2811

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2008 ___/s/ John B. Reilly, Esq.____