UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

v. C.A. No. 07-466-S

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
Defendant.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO FILE FIRST AMENDED COMPLAINT**

Plaintiff filed his Complaint on December 19, 2007, naming "GEICO General Liability Insurance Company" as the defendant. Plaintiff also made references to Rhode Island General Law § 27-7-2.2 in his complaint. Plaintiff received an Answer from defendant "Government Employees Insurance Company" on January 30, 2008. Defendant's answer also stated that "R.I.G.L. § 27-7-2.2 has no application to the instant case" (at this early juncture). Plaintiff's First Amended Complaint seeks to correct the name of the defendant to "Government Employees Insurance Company" and to remove all references to R.I.G.L. § 27-7-2.2, citing a more appropriate reference in support of his contentions. The amended complaint is corrective in nature and necessary to enable plaintiff to properly plead his case and will not prejudice the defendant in any way.

ROBERT GEORGE,
by his attorney,

______/s/__________________
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Phone 401-272-2800
Fax 401-272-2811

**CERTIFICATION**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2008 ___/s/ John B. Reilly, Esq.____