UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

C.A. No. 07-466-S

v.

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
Defendant.

PLAINTIFF'S STATEMENT OF
ELEMENTS OF PROOF REQUIRED TO SUSTAIN HIS CLAIMS

Introduction

In accordance with this court's pretrial conference notice, plaintiff, Robert George presents this statement.

Count One (Breach of Contract)

The claim for common law breach of contract requires plaintiff to prove that (a) he is an insured under a contract for automobile underinsured motorist insurance issued by GEICO (b) the contract was in full force and effect at the time of the accident (c ) he was in full compliance with the terms of the contract at all time (d ) plaintiff is entitled to benefits under the terms of the contract and (e) defendant breached the contract by failing to issue or provide underinsured motorist benefits to plaintiff.

Count Two (Bad Faith)

The elements necessary to prove this count are statutory as provided in R.I.G.L. § 9-1-33 and interpreted by the Rhode Island Supreme Court in *Skaling v. Aetna*, (997A.2d 997 (R.I. 2002). Specifically, plaintiff must prove that the insurer wrongfully and in bad faith refused to pay or settle a claim made pursuant to the provisions of the policy, or otherwise wrongfully and in bad faith refused to timely perform its obligations under the contract of insurance with an absence of a reasonable basis in law or fact for denying the claim or an intentional or reckless failure to properly investigate the claim and subject the results to cognitive evaluation.

Respectfully submitted,
Plaintiff, by counsel:

______/s/ John B. Reilly, Esq.__
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street
Providence, R.I. 02903
(401) 272-2800
(Fax) 272-2811

**CERTIFICATION**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2008 ___/s/ John B. Reilly, Esq.____