UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE

VS. C.A. NO. 07-466S

GEICO GENERAL LIABILITY
INSURANCE COMPANY

**ENTRY OF APPEARANCE**

I, Jeffrey P. Finan, hereby my appearance on behalf of the defendant, Government Employees Insurance Company.

Defendant
By Its Attorneys
FINAN & GROURKE

/s/ Jeffrey P. Finan

Jeffrey P. Finan #3278
24 Spring Street
Pawtucket RI 02860
401-723-6800
401-726-6340 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within Entry of Appearance was filed through the ECF System on February 8, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan