**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT GEORGE**

**Vs.** **C.A. No.: 07-CV-00466-S**

**GOVERNMENT EMPLOYEES**
**INSURANCE COMPANY**

## WITHDRAWAL OF APPEARANCE

Attorney Patrick T. Conley, Jr. hereby withdraws his appearance on behalf of the Defendant, Government Employees Insurance Company.

Respectfully Submitted:
**Law Office of Patrick T. Conley, Jr.**

_____________/s/________________
Patrick T. Conley, Jr., Esq. (#3808)
42 Weybosset Street, Suite 402
Providence, RI 02903
401.621.4140

## CERTIFICATION

I hereby certify that on the 8th day of February 2008, a true copy of the within Withdrawal of Appearance was filed electronically through the ECF System and copies were sent electronically to John B. Reilly, Esquire; jreilly@lawyers-online.us and Jeffrey P. Finan, Esquire; jpf@finangrourke.com.

_____________/s/______________