# EXHIBIT 1

GEICO

- Government Employees Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
750 Woodbury Rd. Woodbury, NY 11797

February 19, 2007

Loss Reported to GEICO: 01/27/07

DEBRA REESE
XXXXXXXXXXX
XXXXXXXXXXX

| | |
|---|---|
| CLAIM: | 0070721390101042 |
| INSURED: | Cheleasa C Bergeron |
| LOSS DATE: | January 14, 2007 |
| POLICY NUMBER: | 0701333908 |

Dear Ms. Reese:

Our obligation as an insurer is to pay all losses for which our policyholder is legally liable. In our desire to be fair in our decision, we are guided by all the information available to us, including the reports of our insured, police report, and any witnesses acquainted with the facts.

Based on the information which we have about this accident, we do not believe that our insured is legally liable for your property damage. In this instance, our insured, Robert George was driving on the north side of the Denny's Parking Lot on Quaker Lane and Social Street when Amanda Moore pulled out, driving down the wrong side of the road, and hit our insured's vehicle. There are no independent witnesses, nor does the police report dispute our insured's version of the accident.

For this reason we are unable to make any payment to you.

Sincerely,

Charis D. Walker
1-800-716-1097 ext. 2730
Examiner Code: F851

CC: Chelsea Bergeron
Robert George
Amanda Moore

# EXHIBIT 2

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

February 27, 2007

Charis Walker
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

Re: Claim No: 0070721390101042
Insured: Cheleasa C. Bergeron
Loss Date: January 14, 2007
Our Client: Robert George

Dear Ms. Walker:

Robert George has been experiencing neck and back pain ever since this accident. This has also now involved numbness and pain in his left arm and left leg. Accordingly, MRI studies were performed on an expedited basis on Friday, February 23, 2007 at Open MRI of NE Warwick.

Copies of the results are enclosed and the focal disc herniation reaching the S1 nerve root will result in his seeing a specialist in the near future.

Further updates will follow.

Very truly yours,

John B. Reilly

JBR:tlh
Enclosure

# EXHIBIT 3

GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

750 Woodbury Road
Woodbury, NY 11797-2519

04/17/2007

John Reilly & Associates
Mr. John Reilly
300 Centerville Rd
Warwick, RI 02886

| | |
|---|---|
| Company Name: | GEICO General Insurance Company |
| Claim Number: | 007072139-0101-042 |
| Loss Date: | January 14, 2007 |
| Policyholder: | Cheleasa Bergeron |
| Driver: | Robert George |

Dear Mr. Reilly:

We acknowledge receipt of your letter of representation, concerning a claim presented on behalf of Robert George.

We have reason to believe that the tort-feasor(s) carried a policy of liability insurance with AIG National on the date of this accident. Therefore, it does not appear that your client has a valid claim for uninsured motorist benefits at this time. If you obtain proof that the tort-feasor(s) was uninsured, please provide us with documentation to substantiate an uninsured motorist claim.

Our insured carries a UIM limit of 50/100, on his auto policy. If and when you receive a policy limit settlement offer from the tort-feasor's(s') insurer that is less than our insured's UIM limit, please notify us immediately before accepting that offer, so we can give proper consideration to your claim for underinsured motorist benefits.

Once we are in receipt of the foregoing, and we have confirmed the validity of your client's SUM or UM claim, we may require that your client(s) submit to physical examinations and/or Examination(s) Under Oath, as required under policy 0701333908, issued to Cheleasa Bergeron.

# EXHIBIT 4

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island & Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

April 21, 2007

Sarah Atkinson, F735
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

**Re:** **Claim No:** **00707213901010 42**
**Insured:** **Cheleasa C. Bergeron**
**Loss Date:** **January 14, 2007**
**Our Client:** **Robert George**

Dear Ms. Atkinson:

We acknowledge receipt of your April 17, 2007 correspondence.

You are correct that AIG has a $25,000 policy covering the tortfeasor. It also appears that GEICO's underinsured limit is $50,000 and that additionally, there are medical payments available under the GEICO policy.

Under separate cover, we are forwarding additional medical records. As you will readily see, this is a 20-year old young man with a disc herniation and radiating pain from both his neck and back caused by this accident. Mr. George's actual damages will most likely be in the several hundred thousands of dollars. This is clear at the present time and under Rhode Island law, an injured party need not first resort to a tortfeasor's policy under these circumstances.

Accordingly, demand is hereby made for the entire underinsured motorist policy limit of the GEICO policy without reduction by either the tortfeasor limit or GEICO's medical payments limits.

Very truly yours,

John B. Reilly

JBR/dg

cc: Client

# EXHIBIT 5

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

April 26, 2007

Sarah Atkinson, F735
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

| | | |
|---|---|---|
| **Re:** | **Claim No:** | **0070721390101042** |
| | **Insured:** | **Cheleasa C. Bergeron** |
| | **Loss Date:** | **January 14, 2007** |
| | **Our Client:** | **Robert George** |

Dear Ms. Atkinson:

Enclosed please find a copy of the medical billing ($2,400) of Open MRI of New England, Inc., concerning Robert George.

As previously indicated, we are demanding your policy limits in connection with this matter. Please advise.

Very truly yours,

John B. Reilly

JBR/tlh
Enclosure

# EXHIBIT 6

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

July 26, 2007

Tara McNiss
GEICO Claims Department
750 Woodbury Road
Woodbury, NY 11797-2589

**Re: Claim No: 0070721390101042**
**Insured: Cheleasa C. Bergeron**
**Loss Date: January 14, 2007**
**Our Client: Robert George**

Dear Ms. McNiss:

In my letter to Ms. Atkinson dated April 21, 2007, we demanded the UIM policy limits under this policy (in addition to medical payments benefits and reserving the right to proceed thereafter against the responsible tortfeasor). We also forwarded a copy of the Rhode Island statute that allows a party to proceed in this manner to your attention on July 5, 2007. Furthermore, following our telephone discussion of July 5, 2007, I forwarded copies of the Open MRI of New England reports concerning Mr. George's cervical and lumbar spines studies, each conducted on February 23, 2007. These show multiple disc problems that can only be attributed to this accident.

At this time we enclose copies of updated medical and physical therapy reports from Dr. Morrissey as well as some prescription information. And as you know, Mr. George has been out of work, essentially completely disabled, since February, 2007. There is no indication that he was injured at work, no record of prior or subsequent trauma or accidents, and despite the clear evidence that the damages that your insured suffered will vastly exceed all available coverage, this will further serve to confirm that there have been no offers and that GEICO's position is that Mr. George must "exhaust" the third party coverage before he is entitled to present a UIM claim.

Thank you for your anticipated attention to the same.

Very truly yours,

John B. Reilly

Jbr:bh
enclosures

# EXHIBIT 7

GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
P.O. Box 88 ■ Woodbury, NY 11797-2589

October 12, 2007

JOHN B REILLY
JOHN REILLY & ASSOCIATES
300 CENTERVILLE RD
WARWICK RI 02886

**NOTICE OF LIEN**

| | |
|---|---|
| CLAIM NUMBER: | 007072139-0101-042 |
| OUR INSURED/YOUR CLIENT: | Robert George |
| LOSS DATE: | 01/14/2007 |
| LIEN AMOUNT: | $10,000.00 Pending |
| MED-PAY LIMIT: | $10,000.00 Per Person |

Dear Mr. Reilly:

We are placing you on notice of our subrogation claim for Medical Payment benefits paid by GEICO General Insurance Company to or on behalf of Robert George.

The amount of the Medical Payment loss paid to date is pending. Therefore, we have a substantial interest in the outcome of this case. This letter will serve as our notice of lien. Please be reminded that our insured / your client should not execute any general releases which does not reserve our right to subrogation.

Thank you for your prompt attention to this matter.

Sincerely,

Jamie Fritz, Claims Examiner
Payment Recovery Unit
1-800-645-7550 Ext.5881, Fax#: 1-516-213-6418
Examiner Code - SCSS

# EXHIBIT 8

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island & Massachusetts*

100 North Main Street, 4th Floor
Providence, Rhode Island 02903
(401) 272-2800
Fax (401) 272-2811

John B. Reilly
jreilly@lawyers-online.us

October 22, 2007

Jamie Fritz, Claims Examiner
Payment Recovery Unit
GEICO
PO Box 88
Woodbury, NY 11797-2589

**Re: Claim No: 0070721390101042**
**Our Client: Robert George**
**Loss Date: January 14, 2007**
**Lien Amount: $10,000.00 Pending**
**Med-Pay Limit: $10,000.00 Per Person**

Dear Mr. Fritz:

Your correspondence of October 12, 2007 (copy attached) has been received. Kindly note that you have written to our old address and that future correspondence should be sent to our **NEW ADDRESS** (complete contact information appears above).

In response to your suggestion that GEICO is asserting a medical payments lien against any third-party settlement, you are further advised that Mr. George has apparently suffered some significant, permanent injuries as a result of this accident. The underlying tortfeasor has a $25,000.00 policy limit. GEICO has a $50,000.00 underinsured motorist bodily injury (UMBI) limit. We have demanded full payment from both the tortfeasor and of the UMBI coverage and (as you are no doubt aware) medical payments offsets that seek to reduce the coverage available under UMBI do not seem to be allowed in Rhode Island.

In any event, we view the assertion of the subrogation lien under these circumstances to be potentially an act of bad faith on the part of GEICO and hereby demand that you withdraw any such third party lien, in writing.