UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

v. C.A. No. 07-466-S

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, pursuant to Local Rule 7 of the United States District Court for the District of Rhode Island, respectfully moves this court allow him a one (1) week extension of time, that is, up to and including March 17, 2008, within which to file his objection in opposition to defendant's motion to dismiss filed on February 21, 2008. Plaintiff's objection is currently due on March 10, 2008. The reason for this motion is because plaintiff's counsel was court excused from February 22, 2008 through February 29, 2008 and is in need of additional time to respond.

ROBERT GEORGE,
by his attorney,

__/s/ John B. Reilly
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Phone 401-272-2800
Fax 401-272-2811

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 7, 2008 ___/s/ John B. Reilly, Esq.___