UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE

VS. C.A. NO. 07-466S

GOVERNMENT EMPLOYEES
INSURANCE COMPANY

**NOTICE OF DEPOSITION**

DEPONENT: Keeper of Records of The Beacon Mutual Insurance Company

DATE: April 1, 2008

TIME: 10:30 A.M.

Pursuant to Rule 26 and Rule 30, the defendant will take the deposition of the above-named on oral examination, at the law offices of Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island, which will continue from day to day until completed, before a qualified Notary Public.

You are invited to attend and examine said witness.

Defendant
GEICO General
Insurance Company
By Its Attorneys
FINAN & GROURKE

/s/ Jeffrey P. Finan
Jeffrey P. Finan #3278
24 Spring Street
Pawtucket RI 02860
401-723-6800
401-726-6340 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within was filed through the ECF System on March 12, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and via regular mail to Reporting Associates, 220 Westminster Square Building, 10 Dorrance Street, Suite 617, Providence, RI 02903.

/s/ Jeffrey P. Finan