UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff,

C.A. No. 07-466-S

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
Defendant.

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Robert George, objects to defendant's motion to dismiss his complaint and incorporates, by reference, an accompanying memorandum in support of his position.

Robert George,
By his Attorney,

/s/ John B. Reilly, Esq.
Anita E. Flax (#3815)
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street
Providence, RI 02903
(401) 272-2800
(Fax) 272-2811

**CERTIFICATION**

I hereby certify that this document has been filed through the ECF system on March14, 2008 and will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF).

/s/ John B. Reilly, Esq.