UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,

Plaintiff

C.A. No. 07-466-S

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO FURNISH INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Robert George ("George") hereby moves that defendant be compelled to furnish those initial disclosures that are required by Rule 26(a)(1) of the Federal Rules of Civil Procedure (F.R.C.P.) within five (5) days of the entry of an order on this motion.

In support of this request, Mr. George avers, through counsel, that an initial scheduling conference has been conducted by the court at or during which the topic of initial disclosures was discussed. During the conference, the court advised counsel that it expected that the parties would comply with this mandatory portion of the F.R.C.P. George has done so but despite several requests, defendant has failed and/or refused to furnish such disclosures.

In accordance with the Rule LR Cv7 of the Local Rules of this Court, no separate memorandum of law seems required in support of this motion. Furthermore (as noted above), it is certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Robert George
by his attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 22nd day of April 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, R.I. 02860

/s/ John B. Reilly