UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,

Plaintiff

v. C.A. No. 07-466-S

GEICO GENERAL INSURANCE COMPANY,

Defendant

**STIPULATION CORRECTING CAPTION OF FIRST AMENDED COMPLAINT**

In the above-entitled matter it may be entered that the defendant's name listed in Plaintiff's First Amended Complaint may be and hereby is amended to read "GEICO General Insurance Company," and any references in the Complaint to the defendant shall be amended to properly identify it by such name.

Robert George,
by his Attorney,

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

GEICO General Insurance Company,
by its Attorney,

Jeffrey P. Finan Esq. (#3278)
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
Tel: (401) 723-6800
Fax: (401) 726-6340

Date: 4/22/08