UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE

VS. C.A. NO. 07-466S

GEICO GENERAL
INSURANCE COMPANY

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Now comes the defendant in relation to the above captioned claim. and, pursuant to Local Rule 7 of the United States District Court for the District of Rhode Island, respectfully moves that this court allow the defendant a one week extension, up to and including May 15, 2008, within which to respond to the Plaintiff's Interrogatories, the Plaintiff's First Request for Admissions, and the Plaintiff's First Request for Production of Documents.

In support of said motion, the defendant states that this Honorable Court, on May 5, 2008, had ruled on the Defendant's 12(b) Motion to Dismiss, and based upon the court's ruling, the defendant needs additional time within which to respond to the said discovery requests. Furthermore, as a result of defense counsel's schedule, the defendant seeks additional time to respond.

Defendant
GEICO General Insurance Company
By Its Attorneys
FINAN & GROURKE

/s/ Jeffrey P. Finan
Jeffrey P. Finan #3278
24 Spring Street
Pawtucket RI 02860
401-723-6800
401-726-6340 (fax)
jpf@finangrourke.com

**CERTIFICATION**

I hereby certify that a copy of the within Motion was filed through the ECF System on May 7, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan