UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff

C.A. No. 07-466-S

v.

GEICO General Insurance Company,
Defendant

**PLAINTIFF, ROBERT GEORGE'S, MOTION TO COMPEL DEFENDANT TO ANSWER FIRST SET OF INTERROGATORIES**

Plaintiff, Robert George, hereby moves pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure, that this Court enter an order, compelling defendant to answer the first set of interrogatories (complete copy at Exhibit "A") within ten (10) days of the entry of an order in this regard.

In support whereof, it will be noted that such interrogatories were served April 1, 2008, and an extension granted until May 7, 2008. No response (other than objections) has been received.

In accordance with the Local Rules of this Court, no separate memorandum of law seems required in support of this motion. Furthermore, it is certified that the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Robert George,
by his attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that a true copy of the within has been filed through the ECF System and will be sent electronically to the following attorney of record for defendant, this 3rd day of July, 2008:

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

/s/ John B. Reilly