UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff

C.A. No. 07-466-S

v.

GEICO GENERAL INSURANCE COMPANY,
Defendant

**STIPULATION WITHDRAWING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER FIRST SET OF INTERROGATORIES**

In the above-entitled matter it may entered that plaintiff hereby withdraws "Plaintiff, Robert George's, Motion to Compel Defendant to Answer First Set of Interrogatories" (Document 26) on the basis of the receipt of answers from defendant on July 7, 2008.

Robert George,
by his attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that on the 16th day of July, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

/s/ John B. Reilly