UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,
Plaintiff

C.A. No. 07-466-S

v.

GEICO GENERAL INSURANCE COMPANY,
Defendant

**JOINT MOTION TO AMEND PRETRIAL ORDER SCHEDULE OF EVENTS**

The plaintiff and the defendant hereby jointly move that the Pretrial Order scheduling dates previously issued by the Court be amended as follows:

1. Fact Discovery Closure: that the date for fact discovery closure be changed from August 12, 2008 to **October 12, 2008**.

2. Expert Discovery Disclosures: that Plaintiff's expert witness disclosures date be changed from August 12, 2008 to **October 12, 2008**. Defendants' expert disclosure deadline be changed from September 12, 2008 to **October 12, 2008**. Closure of all expert discovery be changed from October 12, 2008 to **November 12, 2008**.

3. Dispositive Motions: that the dispositive motions date be changed from November 2, 2008 to **December 2, 2008**.

4. Pretrial Memoranda: that 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, the date for Pretrial Memoranda be changed from November 2, 2008 to **December 12, 2008**.

5. In support of this request, it is represented that medical examinations of the plaintiff have been scheduled at the earliest possible times, but the last of these will take place at the end of August. Counsel assume that the last of these reports will not be available until sometime in September. Additionally, despite their best efforts the parties have been unable to complete discovery for a variety of reasons (including summer vacations) and a hearing on one aspect of discovery is scheduled to be heard before Magistrate Judge Almond on August 12, 2008 (the day upon which factual discovery is supposed to close under the present deadlines).

6. No party will be prejudiced by this alteration of the deadlines of the existing Order.

**WHEREFORE**, plaintiff and defendant move that this request be granted and that the Court's Pretrial Order be amended accordingly.

Plaintiff,
Robert George
By his attorney,

/s/ John B. Reilly
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

Defendant,
GEICO General Insurance Company,
By its attorney,

/s/ Jeffrey P.Finan
Jeffrey P. Finan, Esq. (#3278)
Finan & Grourke
24 Spring Street
Pawtucket, Rhode Island 02860
Tel: (401) 723-6800
Fax: (401) 726-6340

Dated: July 25, 2008