AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CA 07- 466 S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff. In addition to present counsel.

I certify that I am admitted to practice in this court.

8/12/08
Date

Signature

Paul R. Crowell — 6904
Print Name — Bar Number

John Reilly & Associates
100 No. Main St., 4th Fl.
Address

Providence — RI — 02903
City — State — Zip Code

401-272-2800 — 401-272-2811
Phone Number — Fax Number