**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT GEORGE,**
**Plaintiff**

**C.A. No. 07-466-S**

**v.**

**GEICO General Insurance Company,**
**Defendant**

## JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER

The parties hereby jointly move that this Court extend the deadlines established by its scheduling order of May 5, 2008. Accordingly, it is respectfully requested that the Court establish and adopt the following event schedule and deadlines:

1. Fact Discovery Closure: that the date for fact discovery closure be changed from October 12, 2008 to **December 11, 2008**.

2. Expert Discovery Disclosures: that Plaintiff's expert witness disclosures date be changed from October 12, 2008 to **December 11, 2008**. Defendants' expert disclosure deadline be changed from October 12, 2008 to **December 11, 2008**. Closure of all expert discovery be changed from October 12, 2008 to **December 11, 2008**.

3. Dispositive Motions: that the dispositive motions date be changed from November 2, 2008 to **January 7, 2009**.

4. Pretrial Memoranda: that thirty (30) days after a decision on any dispositive motions, or if no dispositive motions are filed, the date for Pretrial Memoranda be changed from December 12, 2008 to **January 23, 2009**.

5. In support of this request, it is represented that plaintiff's counsel has just received (August 28, 2008) the medical examination report of the defendant's expert. Plaintiff needs time to have this reviewed by his own expert(s) and the parties (believing that a settlement conference may be fruitful) have requested an extension of the selected date for the settlement conference and request these extensions in conjunction therewith. Additionally, despite their best efforts the parties have been unable to complete discovery for a variety of reasons (including summer vacations).

6. No party will be prejudiced by the rescheduling of this matter.

WHEREFORE, the parties jointly respectfully request that this request be granted and that the Court's Pretrial Order be amended accordingly.

Plaintiff,
Robert George
By his attorney,

/s/ John B. Reilly
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

Defendant,
GEICO General Insurance Company,
By its attorney,

/s/ Jeffrey P.Finan
Jeffrey P. Finan, Esq. (#3278)
Finan & Grourke
24 Spring Street
Pawtucket, Rhode Island 02860
Tel: (401) 723-6800
Fax: (401) 726-6340

Dated: September 2, 2008

**CERTIFICATION**

It is hereby certified that on the 2nd day of September, 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

/s/ John B. Reilly