**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT GEORGE,**
**Plaintiff**

**v.** **C.A. No. 07-466-S**

**GEICO GENERAL INSURANCE COMPANY,**
**Defendant**

**ASSENTED TO MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

The parties hereby jointly move that this Court reschedule the settlement conference currently scheduled for September 9, 2008. This request results from the fact that the counsel for Plaintiff, Robert George, has just received (August 28, 2008) the medical examination report of the defendant's expert. Plaintiff needs time to have this reviewed by his own expert(s) and is of the understanding that this cannot be accomplished by the proposed Settlement Conference date. Additionally, Plaintiff's counsel has been required to schedule a deposition on the date presently selected for the settlement conference. That deposition has urgency due to the fact that one of the parties is moving to Florida within a few days thereafter.

No party will be prejudiced by the rescheduling of this matter.

**WHEREFORE**, Robert George and the defendant jointly request that the Court reschedule the September 9, 2008 settlement conference.

Plaintiff,
Robert George
By his attorney,

/s/ John B. Reilly
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

Defendant,
GEICO General Insurance Company,
By its attorney,

/s/ Jeffrey P.Finan
Jeffrey P. Finan, Esq. (#3278)
Finan & Grourke
24 Spring Street
Pawtucket, Rhode Island 02860
Tel: (401) 723-6800
Fax: (401) 726-6340

Dated: September 2, 2008

## CERTIFICATION

It is hereby certified that on the 2nd day of September, 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

/s/ John B. Reilly