UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GEORGE,

Plaintiff

C.A. No. 07-466-S

v.

GEICO General Insurance Company,

Defendant

**PLAINTIFF'S OBJECTION TO MOTION OF DEFENDANT GEICO GENERAL INSURANCE COMPANY, TO "SEVER AND STAY"**

Plaintiff, Robert George ("George"), hereby objects to the motion of defendant, GEICO General Insurance Company to "sever and stay" Count II of the Plaintiff's Complaint.

In support of his objection, George offers an accompanying Memorandum of Law.

Robert George,
by his attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 17th day of September 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

___/s/ John B. Reilly____

Dated: September 17, 2008